JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA GUIRGUIS,<br><br>   Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION; K-MART CORPORATION; and DOES 1-100, Inclusive,<br><br>   Defendant. | Case No. SACV-12-00853 JVS (RNBx)<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

LER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the case *Laila Guirguis v. Sears Holdings Corporation*, Case No. SACV-12-00853 JVS (RNBx) is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

Dated: APRIL 29 , 2013

*[signature]*

JUDGE OF THE U. S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA